UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR GLENN LANDERS,<br>        Plaintiff,<br>   v.<br>J. LEWIS, et al.,<br>        Defendants. | Case No. 18-cv-02477-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. In the initial review order the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. Plaintiff was provided an extension but the time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** with prejudice for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: December 4, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TREVOR GLENN LANDERS,
    Plaintiff,

v.

J. LEWIS, et al.,
    Defendants.

Case No. 18-cv-02477-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Trevor Glenn Landers ID: AA-6760
Salinas Valley State Prison
P.O. Box 1050
FDB7-127
Soledad, CA 93960-1050

Dated: December 4, 2018

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2